UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Baltimore Division

| | |
|---|---|
| IN RE:<br><br>TYRICE BURGESS<br><br>Debtor | Chapter 13<br>Case No. 17-26406-RAG |
| BAYVIEW LOAN SERVICING, LLC<br><br>Movant<br><br>v.<br><br>TYRICE BURGESS<br>3804 6TH ST<br>BROOKLYN, MD 21225<br>(Debtor)<br><br>NANCY SPENCER GRIGSBY<br>185 ADMIRAL COCHRANE DR.<br>SUITE 240<br>ANNAPOLIS, MD 21401<br>(Trustee)<br><br>Respondents | |

**MOTION FOR RELIEF FROM AUTOMATIC STAY**

Bayview Loan Servicing, LLC ("Movant") by undersigned counsel, respectfully moves this Honorable Court to terminate the Automatic Stay as to the real property located at 2345 Edmondson Ave, Baltimore, MD 21223 ("Property"), and, as grounds therefore, states as follows:

1.   This proceeding seeking relief under 11 U.S.C. § 362(d) of the U.S. Bankruptcy Code is a contested matter within the meaning of 9014 and 4001 of the Federal Rules of Bankruptcy Procedure, and this court has jurisdiction over this matter pursuant to 28 U.S.C. § 157. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(G) and (b)(2)(O). Venue is proper pursuant to 28 U.S.C. § 1409(a).

2. On December 6, 2017, the above named Debtor, Tyrice Burgess ("Debtor"), filed in this court a Petition under Chapter 13 of the United States Bankruptcy Code. Nancy Spencer Grigsby was appointed Chapter 13 Trustee.

3. Tyrice Burgess is an heir of Barbara E Christian.

4. On or about April 23, 2012, Barbara E Christian executed and delivered to JPMorgan Chase Bank, N.A. a Note in the amount of SIXTY-SEVEN THOUSAND ONE HUNDRED FIFTY-FIVE DOLLARS AND NO CENTS ($67,155.00), plus interest at the fixed rate of 4.750%, to be paid over thirty (30) years. A copy of the Note is attached as **Exhibit A** and incorporated herein.

5. To secure the repayment of the sums due under the Note, Barbara E Christian executed and delivered to JPMorgan Chase Bank, N.A. a Deed of Trust dated April 23, 2012, encumbering the real property ("Property") more particularly described in the Deed of Trust:

> ALL THAT PARCEL OF LAND IN BALTIMORE CITY, STATE OF MARYLAND, AS MORE FULLY DESCRIBED IN DEED LIBER 7196, FOLIO 714, ID# 20-02-2201-023, BEING KNOWN AND DESIGNATED AS ALL THAT PARCEL OF LAND IN BALTIMORE CITY, STATE OF MARYLAND, AS MORE FULLY DESCRIBED IN DEED LIBER 7196, FOLIO 714, ID# 20-02-2201-023, BEING KNOWN AND DESIGNATED AS BEGINNING FOR THE SAME ON THE SOUTH SIDE OF EDMONDSON AVENUE AT THE DISTANCE OF 354 FEET WESTERLY FRO THE SOUTHWEST CORNER OF EDMONDSON AVENUE AND BENTALOU STREET AT THE CENTER OF A PARTITION WALL THERE SITUATE AND THENCE WESTERLY ON THE SOUTH SIDE OF EDMONDSON AVENUE 18 FEET TO THE EAST SIDE OF WHEELER AVENUE, FORMERLY CALLED 1ST STREET, THENCE SOUTH BOUNDING ON THE EAST SIDE OF WHEELER AVENUE 169 FEET TO THE CENTER OF AN ALLEY 10 FEET WIDE THERE LAID OUT, THENCE EASTERLY ALONG THE CENTER OF SAID ALLEY WITH THE USE THEREOF IN COMMON 18 FEET TO INTERSECT A LINE DRAWN SOUTHERLY FROM THE PLACE OF BEGINNING PASSING THROUGH THE CENTER OF SAID PARTITION WALL TO THIS DESCRIPTION MENTIONED AND PARALLEL WITH BENTALOU STREET AND THENCE NORTHERLY REVERSING THE LINE SO DRAWN AND BINDING THEREON 100 FEET TO THE PLACE OF BEGINNING.
>
> MORE COMMONLY KNOWN AS 2345 EDMONDSON AVE BALTIMORE CITY MD 21223

which has the address of 2345 Edmondson Ave, Baltimore, MD 21223. A copy of the Deed of Trust is attached as **Exhibit B** and incorporated herein.

6. The Note and Deed of Trust were later transferred to Movant and Movant is the current holder of the Note and Deed of Trust. A copy of the Assignment is attached as **Exhibit C** and incorporated herein.

7. Upon information and belief, Barbara E Christian is deceased.

8. As of August 6, 2019, the mortgage loan has an unpaid principal balance of $60,905.33 under the Note, plus additional accruing interest, late charges, attorneys' fees and costs.

| | |
|---|---|
| Unpaid Principal Balance | $60,905.33 |
| Unpaid, Accrued Interest | $5,343.39 |
| Escrow Advance | $3,999.29 |
| Late Charges | $52.56 |
| Foreclosure Fees | $1,960.00 |
| Foreclosure Costs | $924.75 |
| Title Cost | $225.00 |
| Less: Suspense Balance | ($544.07) |
| Total Outstanding Obligations | $72,866.25 |

9. As of August 6, 2019, the mortgage loan is post-petition due for February 1, 2018, which includes the following missed payments:

| Number of Missed Payments | From | To | Payment Amount | Total Due |
|---|---|---|---|---|
| 12 | February 1, 2018 | January 1, 2019 | $610.11 | $7,321.32 |
| 5 | February 1, 2019 | June 1, 2019 | $615.40 | $3,077.00 |
| 2 | July 1, 2019 | August 1, 2019 | $616.67 | $1,233.34 |
| | | | Suspense: | ($544.07) |
| | | | Total Payments Past Due | $11,087.59 |

10. A copy of the post-petition payment history is attached as **Exhibit D** and incorporated herein.

11. The value of the property is $81,967.00, according to the Tax Assessor's Office. A copy of the Tax Assessment is attached as **Exhibit E** and incorporated herein.

12. The payments are in default under the Note.

13. The Debtor has not and cannot offer Movant adequate protection of its interest in the Property, and Movant avers it is not adequately protected.

14. The subject property and mortgage are not included in Debtor's confirmed Amended Chapter 13 Plan or Schedules.

15. That the account delinquency and failure to include the property and mortgage in the confirmed Plan constitute cause for relief from the automatic stay.

WHEREFORE, Bayview Loan Servicing, LLC prays that this Court issue an Order terminating or modifying the Automatic Stay under 11 U.S.C. § 362 as to the property located at 2345 Edmondson Ave, Baltimore, MD 21223, and granting the following:

a. Relief from the Automatic Stay allowing Movant to proceed under applicable non-bankruptcy law to enforce its remedies to foreclose upon and obtain possession of the Property and/or allowing Movant, through its agents, servicers and representatives to contact Debtor and/or Debtor's counsel for the purpose of engaging in discussions and consideration for possible loss mitigation options, solutions and/or resolutions with regard to the underlying mortgage and note, including, but not limited to loan modification, deed in lieu or other loss mitigation alternatives.

b. That the Order be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.

c. That the 14-day stay described by Bankruptcy Rule 4001(a)(3) be waived.

  d. That it be exempted from further compliance with Fed. R. Bankr. P. 3002.1 in the instant bankruptcy case.

  e. For such other relief as the Court deems proper.

Date:  August 19, 2019

           Respectfully submitted,

           /s/ Elizabeth M. Abood-Carroll
          Hugh Green, Bar #19260
          Kathryn Smits, Bar #13912
          Elizabeth M. Abood-Carroll, Bar #20631
          John E. Tarburton , Bar #26398
          Orlans PC
          PO Box 2548
          Leesburg, VA 20177
          (703) 777-7101
          Attorneys for Bayview Loan Servicing, LLC
          hgreen@orlans.com
          ksmits@orlans.com
          eabood-carroll@orlans.com
          jtarburton@orlans.com

# CERTIFICATE OF SERVICE

The undersigned states that on August 19, 2019, copies of the foregoing Motion for Relief from Automatic Stay were filed with the Clerk of the Court using the ECF system, which will send notification of such filing to the following:

Nancy Spencer Grigsby
185 Admiral Cochrane Dr.
Suite 240
Annapolis, MD 21401
grigsbyecf@ch13md.com
*Bankruptcy Trustee*

Joseph K. Githuku
Joseph K. Githuku
401 Washington Ave
Suite 200
Towson, MD 21204
JGITHUKU@gmail.com
*Debtor's Attorney*

and I hereby certify that I have caused to be mailed by first class mail, postage prepaid, copies of the foregoing Motion for Relief from Automatic Stay to the following non-ECF participants:

Tyrice Burgess
3804 6th St
Brooklyn, MD 21225
*Debtor*

                                              /s/ Elizabeth M. Abood-Carroll
                                             Hugh Green, Esquire
                                             Kathryn Smits, Esquire
                                             Elizabeth M. Abood-Carroll, Esquire
                                             John E. Tarburton , Esquire

**Post-Petition Payment History**

| Due Date | Payment Amount Due |
|---|---|
| 2/1/2018 | $610.11 |
| 3/1/2018 | $610.11 |
| 4/1/2018 | $610.11 |
| 5/1/2018 | $610.11 |
| 6/1/2018 | $610.11 |
| 7/1/2018 | $610.11 |
| 8/1/2018 | $610.11 |
| 9/1/2018 | $610.11 |
| 10/1/2018 | $610.11 |
| 11/1/2018 | $610.11 |
| 12/1/2018 | $610.11 |
| 1/1/2019 | $610.11 |
| 2/1/2019 | $615.40 |
| 3/1/2019 | $615.40 |
| 4/1/2019 | $615.40 |
| 5/1/2019 | $615.40 |
| 6/1/2019 | $615.40 |
| 7/1/2019 | $616.67 |
| 8/1/2019 | $616.67 |
| **Suspense**: | ($544.07) |
| **Total**: | $11,087.59 |